UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:08-CR-00035-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| THERESA MCNEAL LANCASTER ) | |
| Defendant ) | |

This matter is before the court on defendant's letter dated 6 June 2011. To the extent this letter could be deemed a motion, it is DENIED.

This 11 July 2011.

W. Earl Britt
Senior U.S. District Judge