UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:08-CR-00035-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THERESA MCNEAL LANCASTER | ) | |
| | ) | |

This matter is before the court on defendant's letter filed 5 October 2012. To the extent this letter could be deemed a motion to set aside, reduce, or terminate restitution ordered in defendant's judgment of conviction, it is DENIED. See 18 U.S.C. § 3664(k) (court has authority to modify a restitution order, as the interests of justice require, upon notice of a material change in the defendant's economic circumstances that might affect the defendant's ability to pay).

This 29 November 2012.

_____
W. Earl Britt
Senior U.S. District Judge