UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Theresa McNeal Lancaster          Docket No. 4:08-CR-35-1BR

**Petition for Action on Supervised Release**

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Theresa McNeal Lancaster, who, upon an earlier plea of guilty to Armed Bank Robbery, in violation of 18 U.S.C. § 2113(a) and (d), Bank Robbery, in violation of 18 U.S.C. § 2113(a), and Bank Robbery and Aiding and Abetting in violation of 18 U.S.C. §§ 2113(a) and 2, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on February 2, 2009, to the custody of the Bureau of Prisons for a term of 109 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Theresa McNeal Lancaster was released from custody on December 14, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 12, 2016, the defendant was cited in Edgecombe County, North Carolina, for Drinking Beer/Wine While Driving (16CR381). This case is pending adjudication. As a sanction for this conduct, we are recommending the defendant be required to perform 25 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 25 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield | /s/ Taron N. Seburn |
| Dwayne K. Benfield | Taron N. Seburn |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
|  | 201 South Evans Street, Rm 214 |
|  | Greenville, NC 27858-1137 |
|  | Phone: 252-830-2335 |
|  | Executed On: June 6, 2016 |

**ORDER OF THE COURT**

Considered and ordered this \_\_\_10\_\_\_ day of \_\_\_June_____, 2016 and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge