UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Theresa McNeal Lancaster**                                  **Docket No. 4:08-CR-35-1BR**

**Petition for Action on Supervised Release**

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Theresa McNeal Lancaster, who, upon an earlier plea of guilty to Armed Bank Robbery, in violation of 18 U.S.C. § 2113(a)and (d), Bank Robbery, in violation of 18 U.S.C. § 2113(a), and Bank Robbery and Aiding and Abetting, in violation of 18 U.S.C. § 2113(a)and (2), was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on February 2, 2009, to the custody of the Bureau of Prisons for a term of 109 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Theresa McNeal Lancaster was released from custody on December 14, 2015, at which time the term of supervised release commenced.

On June 26, 2016, a Petition for Action on Supervised Release was submitted after the defendant was cited for Drinking Beer/Wine While Driving (16CR381) on May 12, 2016. The defendant completed 25 hours of community service as a sanction for this violation. The defendant pled guilty to this offense on March 20, 2017.

On August 7, 2018, a Violation Report was submitted after the defendant tested positive for cocaine use on June 5, 2018. In response to this drug use, the defendant received a verbal reprimand, she was enrolled in substance abuse treatment at Straight Walk Family Services, and the frequency of drug testing was increased. No further action was taken at that time.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On September 26, 2018, the defendant tested positive for marijuana and cocaine use, and the results were confirmed by Alere Laboratory on October 4, 2018. When confronted with the results of the test, the defendant acknowledged using drugs on or about the date of the test, and she also admitted to using marijuana and cocaine on October 6, 2018. In response to this drug use, we recommend intensive outpatient substance abuse treatment, increased drug testing, and a 30-day home confinement sanction with a curfew. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

**Theresa McNeal Lancaster**
**Docket No. 4:08-CR-35-1BR**
**Petition For Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.


/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Taron N. Seburn
Taron N. Seburn
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2335
Executed On: October 11, 2018

## ORDER OF THE COURT

Considered and ordered this _____15_____ day of ____October_____, 2018, and ordered filed and made a part of the records in the above case.


_____
W. Earl Britt
Senior U.S. District Judge